UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ALVARO MARTINEZ RAMIREZ,

Plaintiff,

-against-

FISHERMAN'S COVE III, INC. (D/B/A/ FISHERMAN'S COVE), et al.,

Defendants.

-------------------------------------x

**MEMORANDUM & ORDER**
25-CV-5843 (EK)(MMH)

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Marcia M. Henry's Report and Recommendation (R&R) dated September 15, 2026. R&R, ECF No. 29. The R&R recommends that Plaintiff Alvaro Martinez Ramirez's motion for default judgment, ECF No. 15, 23, be granted in part and denied in part. Specifically, the R&R recommends that default judgment be granted against Fisherman's Cove III, Inc. (d/b/a/ Fisherman's Cove), Fisherman's Cove 4917, Inc., (d/b/a/ Fisherman's Cove), and Fisherman's Cove 8608, Inc. (d/b/a Fisherman's Cove)(collectively, the "Corporate Defendants"), but denied against individual defendant Kirk Gibson. R&R 8-10, ECF No. 29. The R&R goes on to conclude that the Corporate Defendants are liable on each of Counts One through Seven, before offering specific recommendations on damages and interest. *Id.* at 19-41.

Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Henry's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

Having reviewed the record, I find no error and therefore adopt the R&R in its entirety. Thus, Martinez Ramirez's motion for default judgment is granted against the Corporate Defendants and denied against Gibson. The Clerk of Court is respectfully directed to enter judgment for Martinez Ramirez against the Corporate Defendants as follows:

(a) $10,920.00 for unpaid minimum wages;

(b) $63,329.59 for unpaid overtime wages;

(c) $16,228.84 in unpaid spread of hours pay;

(d) $90,478.43 in liquidated damages;

(e) $10,000.00 in statutory damages;

(f) $35,472.90 in pre-judgment interest to increase by $22.31 per day from September 15, 2026, until the Clerk of Court enters judgment;

(g) $2,920.00 in attorneys' fees;

(h) $804.00 in costs; and

(i) Post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a).

R&R 26-41, ECF No. 29. The Clerk of the Court is respectfully directed to close the case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated: October 27, 2026
Brooklyn, New York